UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | DOCKET NO. 3:03CR59-V |
| | ) | |
| | ) | ORDER |
| MARQUIS RAYSHAWN FISHER | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the court upon United States Attorney for the Western District of North Carolina's motion that the sentence of imprisonment of sixty (60) months be reduced to forty-eight (48) months, based upon the defendant's substantial assistance and that the matter be resolved by Order of the Court without the benefit of a hearing or oral argument.

**IT IS THEREFORE ORDERED** that the sentence of imprisonment of sixty (60) months be reduced to forty-eight (48) months.

The clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshal's Service and the United States Probation Office.

**IT IS SO ORDERED**.

Signed: February 27, 2007

Frank D. Whitney
United States District Judge